IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DENNIS LAMPHIER                                                                                            PLAINTIFF

v.                                           No. 2:20-CV-02226

JOHN DOE DEPUTY/OFFICER
(Crawford County Sheriff's Office)                                                                   DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 26th day of February, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE